■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JULIO BUENAVENTURA, Appellant.—Judgment, Supreme Court, New York County (Robert Haft, J.), rendered on December 29, 1983, unanimously affirmed. Appellant's motion for an order enlarging the record on appeal to include certain exhibits is granted. No opinion. Concur—Murphy, P. J., Sullivan, Ross, Carro and Fein, JJ.